FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 28 2006 ★
BROOKLYN OFFICE

RECEIVED
JUN 12 2006
CHAMBERS OF JUDGE GLEESON

# MEMORANDUM
## TO THE HONORABLE JOHN GLEESON
## UNITED STATES DISTRICT JUDGE

RE: MORALES, Pedro
SUPERVISED RELEASE
Docket No.: 99-CR-832-01
**STATUS REPORT**

Reference is made to the above-named individual, sentenced in the Eastern District of New York by Your Honor on March 23, 2001, to a forty-six (46) month term of incarceration, a five (5) year term of supervised release, and a one-hundred dollar ($100) special assessment fee. A special condition was also imposed for the subject to receive drug treatment at the direction of the Probation Department.

This sentence is pursuant to the subject's plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute Heroin, 21 U.S.C. 846, and 841(b)(i)(b) (iii).

On November 6, 2003 the Probation Department submitted a memorandum to Your Honor notifying the Court of an arrest the releasee had sustained for Criminal Sale of a Controlled Substance in the 3rd Degree. At that time, we recommended that the Court hold the matter in abeyance until disposition of the local arrest. On December 1, 2003, Your Honor concurred with this course of action.

On July 5, 2004, the Probation Department submitted a memorandum to Your Honor notifying the Court that the releasee accepted a special diversion plea on May 24, 2004 in Kings County local court, in which the releasee pled guilty to the top count of the charges, and would be admitted to a long term residential drug program. On June 2, 2004, the releasee was admitted to the Star Hill in-patient facility of the Palladia program and completed the same on July 22, 2005. The releasee then commenced out-patient treatment at the Palladia Program. In January 2006, the releasee relapsed using cocaine. On January 24, 2006, the releasee was remanded by Kings County Supreme Court. Morales remained in local custody until February 21, 2006 at which time he was released to Daytop Substance Abuse Program via TASC. Mr. Morales has entered Daytop Residential Substance Abuse Program for a period of 12-18 months. Upon successful completion of Daytop Residential treatment, Morales will be referred to an after-care out-patient treatment facility. Should he successfully complete both the residential and out-patient treatment programs, the local charges pending since 2003 will be expunged.

Based on the aforementioned, it is requested that no violation proceedings be initiated at this time given releasee's willingness and desire to participate in treatment.

RESPECTFULLY SUBMITTED:

TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

Prepared by: *[signature]*
Kathleen Ann Slevin
Senior U.S. Probation Officer

Approved by: *[signature]* 6/9/06
Lawrence M. Cavagnetto
Supervising U.S. Probation Officer

[X] Take No Action

[ ] Initiate Violation Proceedings

So Ordered  s/John Gleeson   Date: 6-23-06
The Honorable John Gleeson
United States District Judge

May 31, 2006